IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. SHEPHERD, III,<br>a/k/a "Manny" a/k/a "Jig,"<br><br>Defendant. | :<br>:<br>:<br>:<br>: Criminal Action No. 06-128<br>:<br>:<br>: REDACTED<br>:<br>: |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From in or around July, 2005, and continuing up to on or about January 13, 2006, in the District of Delaware, and elsewhere, ROBERT W. SHEPHERD, III, a/k/a "Manny, a/k/a "Jig," defendant herein, did knowingly conspire, with other indicted and unindicted co-conspirators known and unknown to the grand jury, to knowingly distribute, and possess with intent to distribute, more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Counts I of this Indictment, ROBERT W. SHEPHERD, III, a/k/a/ "Manny" a/k/a "Jig," defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *(signature)*
Richard G. Andrews
Douglas E. McCann
Assistant United States Attorneys

Dated: November 16, 2006