IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06 - 128 |
| ) | |
| ROBERT W. SHEPHERD, ) | |
| a/k/a "Manny" and a/k/a "Jig" ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Robert W. Shepherd, as a result of the Indictment returned against him on November 16, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: November 16, 2006

AND NOW, this __16__ day of __November__, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant be issued for the arrest of Robert W. Shepherd.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge