IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-128- UNA |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : |
| Defendant. | : |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On November 16, 2006, defendant Robert W. Shepherd, III was indicted for conspiracy to distribute, and to possess with intent to distribute more than five kilograms of cocaine in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A) and 846.

2. Robert W. Shepherd, III is currently a pre-trial detainee on federal charges in the Eastern District of Pennsylvania. The defendant is detained at the FDC Philadelphia.

3. The Court has scheduled an Initial Appearance on Thursday, November 30, 2006 at 1:00 PM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

D.I #4

the Warden at the FDC Philadelphia to bring the said defendant Robert W. Shepherd, III before this Court for an Initial Appearance and to be returned to federal custody after the Initial Appearance.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: November 20, 2006

IT IS SO ORDERED this 21st day of November, 2006.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge