## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. 06-128-UNA |
| v. § | |
| § | |
| ROBERT W. SHEPHERD, III § | |
| Defendant. § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE FEDERAL DETENTION CENTER, PHILADELPHIA, PENNSYLVANIA

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ROBERT W. SHEPHERD, III** who is now detained and imprisoned in the FEDERAL DETENTION CENTER and who is a defendant in the above-entitled cause, in which cause the said **ROBERT W. SHEPHERD, III** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) and 846 for an **INITIAL APPEARANCE on THURSDAY, NOVEMBER 30, 2006** at **1:00 PM** and to be returned to the Warden of the FEDERAL DETENTION CENTER after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 22nd day of NOVEMBER 2006.

PETER T. DALLEO, CLERK

By: _____Evette Waters_____
Deputy Clerk