IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-128 KAJ |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : | |
| Defendant. | : | |

**INFORMATION PURSUANT TO 21 U.S.C. § 851**

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that ROBERT W. SHEPHERD, III, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior convictions for felony drug offenses, to wit, (1) Trafficking in Cocaine (5 grams to 50 grams), in the Superior Court of Delaware in and for New Castle County, date of conviction on or about May 19, 1997; and (2) Possession With Intent to Deliver a Nonnarcotic Schedule I Controlled Substance, in the Superior Court of Delaware in and for New Castle County, date of conviction on or about May 19, 1997.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated: November 29, 2006