**CERTIFICATE OF SERVICE**

    I, Douglas E. McCann, hereby certify that I caused the foregoing Information Pursuant to 21 U.S.C. § 851 (D.I. 7) to be served on Robert W. Shepherd, III by hand on November 30, 2006.

                                                     /s/ Douglas E. McCann
                                                   Douglas E. McCann