IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-128 KAJ |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : |
| Defendant. | : |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_ Crime of violence (18 U.S.C. § 3156)

   _X_ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   \_\_\_ Felony, with two prior convictions in above categories

   \_\_\_ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   _X_ Serious risk defendant will flee

   \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

   _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **WILL** invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __30th__ day of __November__, 2006.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

BY: _____
        Douglas E. McCann
        Assistant United States Attorney