AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

ROBERT W. SHEPHERD,
a/k/a Manny and a/k/a Jig

**WARRANT FOR ARREST**

Case Number:   CR 06-128-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ROBERT SHEPHERD, a/k/a Manny and a/k/a Jig
                                                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE
( COUNT I )

in violation of Title    21    United States Code, Section(s)    846 AND 18:2

PETER T. DALLEO                               BY: [signature] ; DEPUTY CLERK
Name of Issuing Officer                                  Signature of Issuing Officer

CLERK OF COURT                               NOVEMBER 17, 2006 at WILMINGTON, DE
Title of Issuing Officer                                    Date and Location

FILED
DEC 0 4 2006
U.S. DISTRICT
DISTRICT OF

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/30/06 | Duffey Sam Austin agt. FBI | Sam A Duffey |