UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
                           )  CASE NO. CR 06-128 (KAJ)
    vs.                    )
                           )
  Robert Shepherd          )
                           )
         Defendant.        )

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on *December 6, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *February 20, 2007*. The time between the date of this order and *February 20, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney