IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-128 JJF |
| | : | |
| ROBERT W. SHEPHERD, III, | : | |
| a/k/a "Manny" a/k/a "Jig," | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the

District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District

of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case

for the reasons set forth below.

1.      The Indictment in this case charges the defendant with conspiracy to distribute more than

5 kilograms of cocaine.  The Indictment was returned on November 16, 2006.  D.I. 1.

2.      Pre-trial motions were due on February 20, 2007.  None have been filed.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the further scheduling of this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:      February 22, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-128 JJF |
| | : | |
| ROBERT W. SHEPHERD, III, | : | |
| a/k/a "Manny" a/k/a "Jig," | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a

scheduling conference in this matter will be held on the _____ day of _____ at

_____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington,

Delaware.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on February 22, 2007, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel in the manner indicated:

**BY CM/ECF**
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com


Douglas E. McCann

4