IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-128 JJF |
| | : | |
| ROBERT W. SHEPHERD, III, | : | |
| a/k/a "Manny" a/k/a "Jig," | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to continue the scheduling conference in the above-captioned case for the reasons set forth below.

1. The Court has set a scheduling conference for April 16, 2007.

2. The parties believe this case might resolve pre-trial, and seek an additional thirty days to continue their discussions.

3. The defendant, through counsel, has represented to the government that he does not oppose this motion and does not object to the exclusion of time under the Speedy Trial Act between April 16, 2007 and the new date for the scheduling conference.

WHEREFORE, the United States respectfully asks the Court to continue the April 16, 2007, scheduling conference for about thirty days, and to exclude the intervening time under the Speedy Trial Act in the interests of justice.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

By: /s/ Douglas E. McCann
    Douglas E. McCann
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046

DATED:       April 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-128 JJF |
| | : | |
| ROBERT W. SHEPHERD, III, | : | |
| a/k/a "Manny" a/k/a "Jig," | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that

1. The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between April 16, 2007, and the date specified in paragraph 2 above under the Speedy Trial Act in the interest of justice.

                                                                                            _____
                                                                                            HONORABLE JOSEPH J. FARNAN, JR.
                                                                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I, Douglas E. McCann, hereby certify that on April 13, 2007, I caused the foregoing Unopposed Motion to Continue Scheduling Conference to be served on the following counsel in the manner indicated:

**BY CM/ECF**
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

                                    /s/ Douglas E. McCann
                                    Douglas E. McCann