IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-128 JJF |
| ROBERT W. SHEPHERD, III, a/k/a "Manny" a/k/a "Jig," | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this 16 day of April, 2007, that

1. The government's Unopposed Motion to Continue Scheduling Conference is GRANTED;

2. A scheduling conference in this matter will be held on the ____ day of _____ at ____.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware; [TBO]

3. The Court finds that the possibility that a short continuance might allow this case to resolve without the need for a trial outweighs the public and defendant's interest in a speedy trial, and excludes the time between April 16, 2007, and the date specified in paragraph 2 above under the Speedy Trial Act in the interest of justice.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

FILED
APR 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE