IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-128-JJF |
| ROBERT W. SHEPHERD, III, a/k/a Manny, a/k/a Jig, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court granted Government's Unopposed Motion to Continue the April 16, 2007 Scheduling Conference (D.I. 19);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, May 16, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and May 16, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

April 20, 2007
DATE

UNITED STATES DISTRICT JUDGE

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE