IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Criminal Action No. 06-128 JJF |
| | : |
| ROBERT W. SHEPHERD, III, | : |
| a/k/a "Manny" a/k/a "Jig," | : |
| | : |
| Defendant. | : |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the

District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District

of Delaware, hereby moves the Court to continue the scheduling conference in the above-

captioned case for the reasons set forth below.

1.    The Court set a scheduling conference for May 16, 2007.

2.    Prior to the May 16, 2007, conference, the parties orally asked that the Court continue the

scheduling conference, because while the parties believe this case might resolve pre-trial, they

still had not finalized the terms of such a resolution.

3.    The parties seek an additional thirty days to continue their discussions.

4.    The defendant, through counsel, has represented to the government that he does not

oppose this motion and does not object to the exclusion of time under the Speedy Trial Act

between the date of this order and the new date for the scheduling conference.

WHEREFORE, the United States respectfully asks the Court st another scheduling conference in about thirty days, and to exclude the intervening time under the Speedy Trial Act in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _Douglas E. McC_____

Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

DATED:    May 25, 2007

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                :

           Plaintiff,                          :

     v.                                         :          Criminal Action No. 06-128 JJF

                                      :

ROBERT W. SHEPHERD, III,                  :
a/k/a "Manny" a/k/a "Jig,"                   :

           Defendant.                         :

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that

1.     The government's Unopposed Motion to Continue Scheduling Conference is

GRANTED;

2.     A scheduling conference in this matter will be held on the _____ day of

_____ at _____.m. in Courtroom 4B, J. Caleb Boggs Federal

Building, 844 King Street, Wilmington, Delaware;

3.     The Court finds that the possibility that a short continuance might allow this case

to resolve without the need for a trial outweighs the public and defendant's

interest in a speedy trial, and excludes the time between the date of this order, and

the date specified in paragraph 2 above under the Speedy Trial Act in the interest

of justice.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on May 25, 2007, I caused the foregoing Unopposed Motion to Continue Scheduling Conference to be served on the following counsel in the manner indicated:

**BY CM/ECF**
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

Douglas E. McCann

4