IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action Nos. 06-128-JJF |
| | : | 07-084-JJF |
| ROBERT W. SHEPHERD, III, a/k/a Manny, a/k/a Jig, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One the Indictment in Criminal Action No. 06-128 and Counts One and Two of a Felony Information in Criminal Action No. 07-084 pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, October 10, 2007, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 24, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE